UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-CV-21069-JAL

DANIEL LOPEZ,

       Plaintiff,

v.

TROPICAL BEACH CAFÉ CORP.,

       Defendant.
_____/

## [PROPOSED] FINAL DEFAULT JUDGMENT

THIS CAUSE HAVING come to be heard before this Honorable Court on Plaintiff, DANIEL LOPEZ'S, Motion for Final Default Judgment, for the entry of an Order granting its motion and the Court being duly advised in the premises herein, it is hereby:

Ordered and Adjudged that the Final Judgment is hereby entered in favor of Plaintiff, and against Defendant, TROPICAL BEACH CAFÉ CORP., Defendant has violated the ADA and this Honorable Court hereby orders the Defendant, TROPICAL BEACH CAFÉ CORP., correct the following architectural barriers/violations of the Americans with Disabilities Act, as follows:

    I.    INACCESSIBLE DINING TABLES LOCATED AT BOTH EXTERIOR AND INTERIOR DINING AREAS. REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT DINING TABLES. A MINIMUM PERCENTAGE OF EXISTING DINING TABLES REQUIRED TO BE ACCESSIBLE NOT PROVIDED.
        a.    Contrary to ADAAG 226, ADAAG 226.1, ADAAG 902.2, ADAAG 306.2, ADAAG 306.2.3, ADAAG 306.2.5, ADAAG 306.3.3 and ADAAG 306.3.5.
    II.   INACCESSIBLE SERVICE COUNTER. NON-COMPLIANT HEIGHT OF SERVICE COUNTER EXCEEDS MAXIMUM HEIGHT ALLOWANCE.
        a.    Contrary to ADAAG227, ADAAG 227.1, ADAAG 904.4, and ADAAG 904.4.1.
    IV.   INACCESSIBLE RESTROOM. REQUIRED MINIMUM CLEAR WIDTH NOT PROVIDED AT OPENING OF RESTROOM DOOR.

      a. Contrary to ADAAG 404.2.3
V. REQUIRED MINIMUM MANEUVERING CLEARANCE NOT PROVIDED AT RESTROOM DOOR.
      a. Contrary to ADAAG 404.2.4
VI. RESTROOM DOOR SWINGS INTO THE FLOOR SPACE OF FIXTURES.
      a. Contrary to ADAAG 603.2.3
VII. NON-COMPLIANT DOOR KNOB AT RESTROOM DOOR REQUIRES TWISTING OF THE WRIST.
      a. Contrary to ADAAG 404.2.7 and ADAAG 309.4.
VIII. REQUIRED MINIMUM TURNING SPACE NOT PROVIDED IN RESTROOM.
      a. Contrary to ADAAG 603, ADAAG 603.1, ADAAG 603.2, ADAAG 603.2.1 and ADAAG 304.3.1.
IX. INACCESSIBLE LAVATORY IN RESTROOM. REQUIRED MINIMUM CLEAR FLOOR SPACE NOT PROVIDED AT LAVATORY.
      a. ADAAG 606, ADAAG 606.2 and ADAAG 305.3.
X. REQUIRED MINIMUM KNEE AND TOE CLEARANCE NOT PROVIDED AT LAVATORY.
      a. Contrary to ADAAG 606, ADAAG 606.2, ADAAG 306.2, ADAAG 306.2.3, ADAAG 306.2.5, ADAAG 306.3, ADAAG 306.3.3 and ADAAG 306.3.5
XI. INACCESSIBLE PAPER TOWEL DISPENSER IN RESTROOM. NON COMPLIANT MOUNTED HEIGHT OF PAPER TOWEL DISPENSER IN RESTROOM EXCEEDS MAXIMUM HEIGHT ALLOWANCE.
      a. Contrary to ADAAG Advisory 606.1, ADAAG 308.2.2 ADAAG 308.3.2.
XII. INACCESSIBLE WATER CLOSET IN RESTROOM. REQUIRED MINIMUM CLEARANCE NOT PROVIDED AT WATER CLOSET.
      a. Contrary to ADAAG 604, ADAAG 604.3 and ADAAG 604.3.1.
XIII. REQUIRED GRAB BARS NOT PROVIDED ON REAR AND SIDE WALLS OF WATER CLOSET.
      a. Contrary to ADAAG 604.5.
XIV. NON-COMPLIANT DISTANCE OF WATER CLOSET FROM SIDE WALL.
      a. Contrary to ADAAG 604.2.

The Defendant shall comply with the terms of this Final Judgment within sixty (60) days of entry of this judgment. The Court shall retain jurisdiction relating to the Plaintiff's attorney's fees and costs and said motion shall be filed within one hundred and twenty (120) days of entry of this Final Judgment.

**DONE AND ORDERED** in Chambers in Dade County, Florida, this 12 day of March, 2018

Joan A. Lenard
U.S. District Judge